<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————

**No. 08-8364**

—————

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

   v.

CHARLES ANTHONY ASHE, JR.,

        Defendant - Appellant.

—————

Appeal from the United States District Court for the District of Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (8:01-cr-00063-DKC-1)

—————

Submitted:  June 18, 2009        Decided:  June 22, 2009

—————

Before NIEMEYER, GREGORY, and DUNCAN, Circuit Judges.

—————

Affirmed by unpublished by per curiam opinion.

—————

Charles Anthony Ashe, Jr., Appellant Pro Se.  Sandra Wilkinson, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

—————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles Anthony Ashe, Jr., appeals the district court's order denying his motion for modification of sentence pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Ashe, No. 8:01-cr-00063-DKC-1 (D. Md. Oct. 24, 2008). We deny Ashe's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED